# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE ALLEN, | Case No. CV 18-05848 AB (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| SCOTT KERNAN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: August 29, 2018

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE